UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

MICHAEL RAYMOND BRADLEY

SSN: ###-##-3656

Debtor

Chapter 13

Case No. 12-17263-BFK

## ORDER

    This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $469.63 per month required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

    (1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on December 10, 2012 and

    (2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

    (3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

    (4) That the Debtor, Michael Raymond Bradley is presently employed by Stafford County School Board and receives income therefrom, and

    (5) That the amount of $469.63 per month should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN 38101-1553.

    IT IS ORDERED, that beginning with the month of MAY, 2013 Stafford County School Board be and they hereby are required to withhold the amount of $469.63 from the monthly income of the Debtor, Michael Raymond Bradley, and pay over the full amount thereof each month to:

Thomas P. Gorman
Chapter 13 Trustee
P.O. Box 1553
Memphis, TN 38101-1553

Dated:_____                          _____
                                               Brian F. Kenney
                                               United States Bankruptcy Judge

I Ask For This:

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Michael Raymond Bradley
Chapter 13 Debtor
111 Powhatan Court
Stafford, VA 22556

Barry Weintraub
Attorney for Debtor
32 Hayes Street
Stafford, VA 22556

Stafford County School Board
ATTN: Payroll Office
31 Stafford Avenue
Stafford, VA 22554-7246

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314